IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DENNIS RAY PALMER**                                                               **PETITIONER**

v.                                                                    **CAUSE NO. 1:14CV203-LG-JCG**

**MDOC, ET AL.**                                                                   **RESPONDENTS**

## FINAL JUDGMENT

This matter having come before the Court on consideration of the [1] Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus filed by Petitioner Dennis Ray Palmer, the Court, after a full review and consideration of the submissions of the parties and the relevant legal authority finds, that in accordance with the Memorandum Opinion and Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that this matter be, and is hereby, **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 23rd day of September, 2015.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE