# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**DENNIS RAY PALMER**                                                  **PETITIONER**

v.                                                        **CAUSE NO. 1:14CV203-LG-JCG**

**MDOC, ET AL.**                                                      **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A final order adverse to the Petitioner having been filed in the captioned habeas corpus case, the Court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

     X    A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

        A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 23rd day of September, 2015.

                                              s/ *Louis Guirola, Jr.*
                                              LOUIS GUIROLA, JR.
                                              CHIEF U.S. DISTRICT JUDGE